## J. T. HICKINBOTHAM v. P. MONROE et al.

FAILURE TO FILE BRIEFS OR POINTS.—When the time for filing briefs has expired, and no briefs or points have been filed, and the case is taken up for decision in its proper order, the judgment will be affirmed.

APPEAL from the District Court, Fifth Judicial District, San Joaquin County.

The facts are stated in the opinion of the Court.

*Tyler & Cobb*, for Appellant.

*John C. Byers*, for Respondents.

By the Court, SAWYER, J.

The time for filing briefs having expired three months ago, and none having been filed, and there being no points on file, as required by rule seventeen, the judgment is affirmed, on the authority of *Edmondson* v. *Alameda County*, 24 Cal, 349, and *Hutton* v. *Reed*, 25 Cal. 488. A like disposition will be made of all cases similarly situated, when taken up for decision in their proper order.